UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD W. BROWN, ET AL., | Case No. EDCV 16-654-DMG (KK) |
| Plaintiff(s), | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| PACIFIC GAS AND ELECTRIC COMPANY, ET AL., | |
| Defendant(s). | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.

On June 28, 2018, Plaintiff Sandra Brown filed Objections to the Report and Recommendation attaching various unauthenticated exhibits. Dkt. 186. On July 9, 2018, Plaintiff Sandra Brown filed an Addendum to her Objections. Dkt. 191. On July 23, 2018, Defendant filed a Response to Plaintiff Sandra Brown's Objections. Dkt. 193.

The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff Sandra Brown has objected. The Court finds the exhibits attached to the Objections do not support Plaintiff Sandra Brown's Opposition to summary judgment because they are (a) either untimely or duplicative of Plaintiff Sandra

Brown's submissions in support of her Opposition to Defendant's Motion for Summary Judgment, (b) inadmissible lay opinion, and (c) fail to establish causation even if considered on the merits.  In addition, neither Plaintiff Ronald Brown nor a representative of his estate has filed objections to the Report and Recommendation.  Therefore, the Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that (1) Defendant's Motion for Summary Judgment is GRANTED; and (2) Judgment shall be entered DISMISSING this action with prejudice as to Plaintiff Sandra Brown's claims and without prejudice as to Plaintiff Ronald Brown's claims.

Dated: October 19, 2018

HONORABLE DOLLY M. GEE
United States District Judge