JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD W. BROWN, ET AL., | Case No. EDCV 16-654-DMG (KK) |
| Plaintiff(s), | |
| v. | JUDGMENT |
| PACIFIC GAS AND ELECTRIC COMPANY, ET AL., | |
| Defendant(s). | |

 Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

 IT IS HEREBY ADJUDGED that this action is dismissed with prejudice as to Plaintiff Sandra Brown's claims and without prejudice as to Plaintiff Ronald Brown's claims.

Dated: October 19, 2018

_____
HONORABLE DOLLY M. GEE
United States District Judge